UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EQUITY FORWARD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-cv-00942 (TJK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

Defendant U.S. Department of Health and Human Services (HHS) and Plaintiff Equity Forward, by and through undersigned counsel, respectfully request that the Court enter an Order for a further status report, on or before August 1, 2019. The parties provide the following status report pursuant to this Court's May 21, 2019 Minute Order:

Plaintiff Equity Forward initiated the instant action on April 3, 2019, against Defendant HHS under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of the FOIA. Compl., ECF No. 1. Specifically, Equity Forward's FOIA request, submitted on March 18, 2018, seeks any written or digital correspondence of spreadsheets and/or summaries detailing pregnant unaccompanied minors from then-Office of Refugee Resettlement Director Scott Lloyd from March 1, 2017 through the date of the search. Id. at ¶ 7. HHS acknowledged receipt of the request on or about March 19, 2018. Id. at ¶ 8.

Defendant's search has been completed; however, the agency is assessing whether any additional searches will be necessary. In addition, to date, the agency has located 379 pages of

potentially responsive records, and the agency is working to provide the records without password barriers. By July 1, 2019, Defendant will provide a timeline for completing that process and when a production can be made.

The parties respectfully request that on August 1, 2019, they provide a further status report updating this Court on the status of the production.

Dated: June 18, 2019

  /s/
Khahilia Shaw
D.C. Bar No. 1616974
(Admitted *Pro Hac Vice*)
Cerissa Cafasso
D.C. Bar No. 1011003

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 539-6507
Khahilia.shaw@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

  /s/
RHONDA L. CAMPBELL
D.C. Bar No. 462402
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for the United States*